Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KLAUBER BROTHERS, INC., | Case No. 2:22-cv-01743-MWF-MRW |
|---|---|
| Plaintiff, | *Hon. Michael W. Fitzgerald Presiding* |
| v. | **NOTICE OF SETTLEMENT** |
| CITY CHIC COLLECTIVE LIMITED, et al., | |
| Defendants. | |

- 1 -
NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement of this action. Because the parties are still in the process of consummating that settlement, Plaintiff anticipates filing a dismissal of this action, with prejudice, within 45 days. Accordingly, Plaintiff respectfully requests that the Court take all dates off calendar and retain jurisdiction for the purpose of enforcing the settlement agreement between the parties.

Respectfully submitted,

Date: September 29, 2023       By:    /s/ *Trevor W. Barrett*
                                      Stephen M. Doniger, Esq.
                                      Scott A. Burroughs, Esq.
                                      Trevor W. Barrett, Esq.
                                      Kelsey M. Schultz, Esq.
                                      DONIGER / BURROUGHS
                                      Attorneys for Plaintiff