UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22–cv–01743–MWF–MRW | Date | October 5, 2023 |
| Title | KLAUBER BROTHERS, INC. V. CITY CHIC COLLECTIVE LIMITED ET AL | | |

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present                                                    None Present

**PROCEEDINGS (IN CHAMBERS): COURT ORDER**

      In light of the Notice of Settlement filed 9/29/23, the Court sets a hearing on Order To Show Cause Re Dismissal for November 13, 2023 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

      **IT IS SO ORDERED.**

                                                                                         Initials of Clerk: rs