Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CITY CHIC COLLECTIVE LIMITED, et al.,<br><br>Defendants. | Case No.: 2:22-cv-01743-MWF-MRW<br><u>Hon. Michael W. Fitzgerald Presiding</u><br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

- 1 -

STIPULATION TO DISMISS ACTION WITH PREJUDICE

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD,

PLEASE TAKE NOTICE that Plaintiff Klauber Brothers, Inc. ("Plaintiff") and Defendant City Chic Collective Limited, Nordstrom, Inc., and Target Brands, Inc. (collectively, "Defendants" and together with Plaintiff, the "Parties") hereby STIPULATE to the following, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1. The action is hereby dismissed in its entirety with prejudice; and
2. The Parties will each bear their respective costs and attorney's fees as incurred against one another in connection with this action.

IT IS SO STIPULATED.

Respectfully submitted,

Date: December 15, 2023     By:     */s/ Trevor W. Barrett*
                                    Trevor W. Barrett, Esq.
                                    Kelsey M. Schultz, Esq.
                                    DONIGER / BURROUGHS
                                    *Attorneys for Plaintiff*

Date: December 15, 2023     By:     */s/ Jason P. Bloom*
                                    Jason T. Lao, Esq.
                                    Jason P. Bloom, Esq. (*pro hac vice*)
                                    HAYNES AND BOONE, LLP
                                    *Attorneys for Defendants*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 15, 2023    By:     */s/ Trevor W. Barrett*
                                    Trevor W. Barrett, Esq.